# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| KARLIE N. SEATER,§<br>§<br>Plaintiff,§<br>v.§<br>§<br>RODOLFO G. ROSA,§<br>§<br>Defendant.§ | CIVIL ACTION NO. 4:24-CV-00077-ALM-AGD |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 11, 2025, the Magistrate Judge entered a Report (Dkt. #19) recommending that the Office of the Attorney General of Texas's Motion to Remand (Dkt. #7) be granted, and that Defendant Rodolfo G. Rosa's Motion to Proceed *In Forma Pauperis* (Dkt. #2) and Motion to Show Authority (Dkt. #8) be denied as moot. On March 18, 2025, Defendant filed an objection (Dkt. #20).

Accordingly, having received the Report of the Magistrate Judge, Plaintiff's objection (Dkt. #20), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Office of the Attorney General of Texas's Motion to Remand (Dkt. #7) is **GRANTED**. It is further **ORDERED** that Defendant Rodolfo G. Rosa's Motion to Proceed *In Forma Pauperis* (Dkt. #2) and Motion to Show Authority (Dkt. #8) are

**DENIED as moot**. It is finally **ORDERED** that this case be **REMANDED** to the 211th District Court in Denton County, Texas.

**IT IS SO ORDERED.**

**SIGNED this 21st day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE